UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rosemarie Ambrose,

      Plaintiff,

v.                                                                    Civil No. 05-603 (JNE/JSM)
                                                                      ORDER
Wyeth LLC and Wyeth Pharmaceuticals, Inc.,

      Defendants.

      This case was brought in March 2005; transferred two months later by the Judicial Panel

on Multidistrict Litigation to the Eastern District of Arkansas for coordinated or consolidated

pretrial proceedings, *see* 28 U.S.C. § 1407 (2006); and recently remanded to the District of

Minnesota.  On June 1, 2012, the Court ordered the parties to file briefs that address whether the

action should be transferred to another district pursuant to 28 U.S.C. § 1404(a) (2006) (amended

2011) and, if transfer is appropriate, to which district it should be transferred.  Plaintiff

responded that the action should be transferred to the Southern District of New York, White

Plains Division.  Defendants stated that they do not oppose transfer to the Southern District of

New York.  Accordingly, the Court transfers this action to the Southern District of New York,

White Plains Division, pursuant to § 1404(a).

      Based on the files, records, and proceedings herein, and for the reasons stated above, IT

IS ORDERED THAT:

1.      This action is transferred to the United States District Court for the Southern
          District of New York, White Plains Division, for further proceedings.

2.      The Clerk of Court is directed to effect the transfer.

Dated: June 12, 2012

                                  s/  Joan N. Ericksen
                                  JOAN N. ERICKSEN
                                  United States District Judge